


1:18-cv-06214
Judge Sharon Johnson Coleman
Magistrate Judge Susan E. Cox
PC 11

09/11/2018-48

Prisoner Correspondent
United State District Court
219 South Dearborn Street
Chicago, Illinois 60607

Simon Simons
ID#2016-0822192
Division #9-3H
P.O. Box 089002
Chicago, IL 60608

Original Complaint
Legal Mail