ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Simon Simmons,

Plaintiff(s),

v.

City Of Chicago et al,

Defendant(s).

Case No. 18 CV 6214
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff has submitted a letter addressing his incomplete litigation history [10] and has paid the fee [14]. The Court does not find Plaintiff's excuses acceptable but regardless, his complaint [1] and amended complaints [13] [15] fail to state a claim upon which relief may be granted. Thus, Plaintiff's complaints are dismissed with prejudice and Plaintiff is assessed an additional "strike" under 28 U.S.C. § 1915(g).

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman.

Date: 2/20/2019                      Thomas G. Bruton, Clerk of Court

                                     Yvette Montanez , Deputy Clerk